**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-065-RJC-DCK**

| | |
|---|---|
| **MELISSA DEMASTES, individually and on behalf of all others similarly situated,** ) ) ) **Plaintiff,** ) ) v. ) ) **MIDWEST DIVERSIFIED MANAGEMENT CORP. d/b/a CARMEL MAINTENANCE, LLC, WATERFORD SQUARE APARTMENTS, LLC, and PIPER GLEN APARTMENTS ASSOCIATES, LLC, MIDWEST DIVERSIFIED MANAGEMENT CORP EMPLOYEE BENEFIT PLAN AND TRUST, JAMES N. GORDON, an individual, and DOES 100,** ) ) ) ) ) ) ) ) ) ) **Defendant.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by M. Robin Davis, concerning Robert M. Wood on June 24, 2019. Robert M. Wood seeks to appear as counsel *pro hac vice* for Defendants Midwest Diversified Management Corp d/b/a Carmel Maintenance LLC, Waterford Square Apartments, LLC and Piper Glen Apartments Associates, LLC; the Midwest Diversified Management Corp Employee Benefit Plan and Trust; and James N. Gordon. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Robert M. Wood is hereby admitted *pro hac vice* to represent Defendants Midwest Diversified Management Corp

d/b/a Carmel Maintenance LLC, Waterford Square Apartments, LLC and Piper Glen Apartments Associates, LLC; the Midwest Diversified Management Corp Employee Benefit Plan and Trust; and James N. Gordon.

**SO ORDERED**.

Signed: June 24, 2019

David C. Keesler
United States Magistrate Judge