**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-065-RJC-DCK**

| | |
|---|---|
| **MELISSA DEMASTES, individually and on behalf of all others similarly situated,** ) ) ) **Plaintiff,** ) ) v. ) ) **MIDWEST DIVERSIFIED MANAGEMENT CORP. d/b/a CARMEL MAINTENANCE, LLC, WATERFORD SQUARE APARTMENTS, LLC, PIPER GLEN APARTMENTS ASSOCIATES, LLC, MIDWEST DIVERSIFIED MANAGEMENT CORP EMPLOYEE BENEFIT PLAN AND TRUST, JAMES N. GORDON, and DOES 100,** ) ) ) ) ) ) ) ) ) ) ) **Defendant.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Initial Attorney's Conference" (Document No. 28) filed July 10, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that no timely responses have been filed, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Initial Attorney's Conference" (Document No. 28) is **GRANTED**. The Initial Attorney's Conference shall be **STAYED** until fourteen (14) days after a ruling on "Defendants' Partial Motion To Dismiss" (Document No. 21).

Signed: August 1, 2019

David C. Keesler
United States Magistrate Judge