UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:19-cv-065-RJC-DCK

MELISSA DEMASTES, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MIDWEST DIVERSIFIED MANAGEMENT CORP., dba CARMEL MAINTENANCE, LLC, and PIPER GLEN APARTMENTS ASSOCIATES, LLC; MIDWEST DIVERSIFIED MANAGEMENT CORP EMPLOYEE BENEFIT PLAN AND TRUST; and DOES 100.

    Defendants.

### NOTICE OF MAILING ADDRESS AND PHONE NUMBER CHANGE

Plaintiffs' counsel in the above-captioned matter hereby provides notice to all parties of record of a change to her mailing address and telephone number, effective as of the date of this filing, as follows:

    L. Michelle Gessner
    GESSNERLAW, PLLC
    Post Office Box 78161
    Charlotte, North Carolina 28271
    T: (844) 437-7637; F: (980) 206-0286
    michelle@mgessnerlaw.com

This the 15th day of September 2020.

>/s/ L. Michelle Gessner
>L. Michelle Gessner, NCSB#26590
>GESSNERLAW, PLLC
>Post Office Box 78161
>Charlotte, North Carolina 28271
>T: (844) 437-7637; F: (980) 206-0286
>michelle@mgessnerlaw.com
>*Attorney for Plaintiffs and Putative Class Members*