# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-065-RJC-DCK

| | |
|---|---|
| **MELISSA DEMASTES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **MIDWEST DIVERSIFIED** | ) |
| **MANAGEMENT CORP. et al.**, | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 65) notifying the Court that the parties reached a settlement on May 27, 2021. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 25, 2021**.

**SO ORDERED**.

Signed: June 1, 2021

David C. Keesler
United States Magistrate Judge