IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:19-cv-00065-RJC-DCK

| | |
|---|---|
| MELISSA DEMASTES, individually and on behalf of other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MIDWEST DIVERSIFIED MANAGEMENT CORP., d/b/a CARMEL MAINTENANCE, LLC, WATERFORD SQUARE APARTMENTS, LLC and PIPER GLEN APARTMENTS ASSOCIATES, LLC; MIDWEST DIVERSIFIED MANAGEMENT CORP EMPLOYEE BENEFIT PLAN AND TRUST; JAMES N. GORDON, an individual; and DOES 100, <br><br> Defendants. | **DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL AND REVIEW IN CAMERA THE PARTIES' CONFIDENTIAL SETTLEMENT AND GENERAL RELEASE AGREEMENT** |

Defendants, by and through undersigned counsel, pursuant to Local Rule 6.1, hereby submit *Defendants' Unopposed Motion to File Under Seal and Review In Camera the Parties' Confidential Settlement and General Release Agreement*.

On June 25, 2021, Defendants and Plaintiff Melissa DeMastes ("Named Plaintiff"), individually and on behalf of all other Opt-In Plaintiffs who have joined this matter (collectively referred to as "Plaintiffs"), having reached a settlement, moved this Court for approval. [DE 67]. As part of the Court's consideration of that motion, Defendants request that the Parties' Confidential Settlement and General Release Agreement ("Confidential Settlement Agreement") which was previously provided to the Court be sealed for the reasons set forth in the accompanying memorandum, pursuant to Local Rule 6.1.. Plaintiffs do not oppose this Motion.

**WHEREFORE**, Defendants request that the Court enter an Order granting leave to file under seal the Parties' Confidential Settlement and General Release Agreement and granting *in camera* review of the same.

Respectfully submitted this the 6th day of July, 2021.

                              JACKSON LEWIS P.C.

BY:   */s/ M. Robin Davis*
        M. ROBIN DAVIS
        N. C. State Bar No. 21655
        CAITLIN M. GOFORTH
        N. C. State Bar No. 49227
        3737 Glenwood Avenue, Suite 450
        Raleigh, NC 27612
        Telephone: (919) 760-6460
        Facsimile: (919) 760-6461
        Email: Robin.Davis@jacksonlewis.com
        Email: Caitlin.Goforth@jacksonlewis.com

        JUSTIN R. BARNES*
        Georgia State Bar No. 105220
        171 17th Street, NW
        Atlanta, GA 30363
        Telephone: (404) 525-8200
        Facsimile: (404) 525-1173
        Email: Justin.Barnes@jacksonlewis.com

        ASHLEY B. ABEL*
        South Carolina State Bar No. 10097
        15 South Main Street, Suite 700
        Greensville, SC 29601
        Telephone: (864) 232-7000
        Facsimile: (864) 235-1381
        Email: AbelA@jacksonlewis.com
        *ATTORNEYS FOR DEFENDANTS*
        **Admitted Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:19-cv-00065-RJC-DCK

| | |
|---|---|
| MELISSA DEMASTES, individually and *on behalf of other similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>MIDWEST DIVERSIFIED MANAGEMENT CORP., d/b/a CARMEL MAINTENANCE, LLC, WATERFORD SQUARE APARTMENTS, LLC and PIPER GLEN APARTMENTS ASSOCIATES, LLC; MIDWEST DIVERSIFIED MANAGEMENT CORP EMPLOYEE BENEFIT PLAN AND TRUST; JAMES N. GORDON, an individual; and DOES 100,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on July 6, 2021, the foregoing *Defendants' Unopposed Motion to File Under Seal and Review In Camera the Parties' Confidential Settlement and General Release Agreement* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

L. Michelle Gessner
The Law Offices of Michelle Gessner, PLLC
435 East Morehead Street
Charlotte, NC 28202
michelle@mgessnerlaw.com
*Attorney for Plaintiff and Putative Class Members*

3

JACKSON LEWIS P.C.


BY: /s/ M. Robin Davis
M. ROBIN DAVIS
N. C. State Bar No. 21655
CAITLIN M. GOFORTH
N. C. State Bar No. 49227
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Robin.Davis@jacksonlewis.com
Email: Caitlin.Goforth@jacksonlewis.com

4818-4754-5329, v. 3

4