UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CV-065-RJC-DCK

| | |
|---|---|
| MELISSA DEMASTES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIDWEST DIVERSIFIED MANAGEMENT CORP. d/b/a CARMEL MAINTENANCE, LLC, WATERFORD SQUARE APARTMENTS, LLC, PIPER GLEN APARTMENTS ASSOCIATES, LLC, MIDWEST DIVERSIFIED MANAGEMENT CORP EMPLOYEE BENEFIT PLAN AND TRUST, JAMES N. GORDON, an individual, and DOES 100, <br><br> Defendants. | **ORDER OF SETTLEMENT** |

**THIS MATTER IS BEFORE THE COURT** on the Parties' Joint Motion for Approval of Settlement Agreement ("Joint Motion") (Doc. No. 67). "To approve an FLSA settlement, the court must determine whether it is a fair and reasonable compromise of disputed claims and issues arising from a *bona fide* dispute raised pursuant to the FLSA." Kirkpatrick v. Cardinal Innovations Healthcare Sols., 352 F. Supp. 3d 499, 502 (M.D.N.C. 2018). The Court has considered the Joint Motion, the pleadings, other filings in this matter, and the representations of counsel, and makes the following findings:

1. Plaintiffs filed this action seeking, among other things, alleged unpaid overtime and other compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq., and the North Carolina Wage and Hour Act ("NCWHA"), N.C. Gen. Stat. §§ 95-25.1 et seq.

1

2. A *bona fide* dispute exists between the Parties as to the amount of compensation, if any, due to Plaintiffs. Based on the pleadings and the proposed Settlement Agreement, the parties have a *bona fide* dispute over whether Defendants owe Plaintiffs wages. (Doc. No. 67).

3. The Parties are each represented by counsel and have agreed to a settlement and compromise of all claims between them. (Doc. No. 67).

4. Upon review, the Court finds that the executed Settlement Agreement, reviewed *in camera*, is fair to the parties and is reasonable, and therefore merit the approval of this Court.

5. The executed Settlement Agreement disposes of the dispute and all claims and causes of action between the Parties.

The Court retains jurisdiction solely to enforce the terms specifically agreed to by the parties and included in the Settlement Agreement. Unless enforcement proceedings are pending, this case will be treated for all purposes as **dismissed with prejudice**, without further order from this Court.

**IT IS, THEREFORE, ORDERED** that:

1. The Parties' Joint Motion for Approval of Settlement Agreement (Doc. No. 67) is **GRANTED**; and

2. The settlement between the Parties set forth in the Settlement Agreement is **APPROVED**; and

3. This matter is **dismissed with prejudice**; and

4. The Parties are directed to perform according to the terms set forth in the Settlement Agreement; and

5. The Court shall retain continuing jurisdiction to enforce the terms of the Settlement Agreement.

Signed: August 24, 2021

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge